John E. Casperson
HOLMES WEDDLE & BARCOTT, P.C.
999 Third Avenue, Suite 2600
Seattle, Washington 98104
Telephone: (206) 292-8008
Facsimile: (206) 340-0289
Email:    jcasperson@hwb-law.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NERKA TRANSPORT LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>BELLAMY BOAT PARTNERSHIP, RICHARD WAMSER, an individual, and THE ST. PAUL FIRE AND MARINE INSURANCE COMPANY,<br><br>        Defendants. | IN ADMIRALTY<br><br>Case No. 3:13-cv-0048-SLG |

## **COMPLAINT (46 U.S.C. § 31343)**

COMES NOW the Plaintiff, Nerka Transport LLC ("Nerka"), by and through its

attorneys, Holmes Weddle & Barcott, P.C., and complains against defendants Bellamy

Boat Partnership ("Bellamy"), Richard Wamser, an individual ("Wamser"), and the St.

Paul Fire & Marine Insurance Company ("St. Paul" and, together with Bellamy and

Wamser, the "Defendants"), as set forth below.

COMPLAINT
*Nerka Transport LLC v. Bellamy Boat Partnership, et. al.*
Case No. 3:13-cv-0048-SLG - Page 1 of 5

HOLMES WEDDLE & BARCOTT, PC
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

Case 3:13-cv-00048-SLG   Document 1   Filed 03/07/13   Page 1 of 5

## JURISDICTION

1. Jurisdiction is based upon 28 U.S.C. § 1333, admiralty, and 28 U.S.C. § 1331, federal question, specifically 46 U.S.C. § 31343. This is an admiralty or maritime claim within the meaning of Fed. R. Civ. P. 9(h).

2. Nerka is the owner of the vessel STARLING S, Official Number 294484 ("Vessel").

3. Nerka seeks a declaration that the Vessel is not subject to certain Notices of Claim of Maritime Lien or to the maritime liens asserted therein.

4. The Vessel is in Naknek, in the District of Alaska.

5. The Vessel was located in the State of Alaska when the liens that are the subject of this action arose.

6. Nerka is an Alaska limited liability company, having its principal place of business in Medina, Washington.

## COUNT I: BELLAMY

### (No Maritime Lien)

7. Bellamy filed a Notice of Claim of Maritime Lien against the Vessel with the United States Coast Guard on January 11, 1990.

8. The Notice of Claim of Maritime Lien against the Vessel was recorded at CL 7, #6. A copy of the Vessel abstract from the U.S. Coast Guard is attached hereto as **Exhibit A**.

COMPLAINT
*Nerka Transport LLC v. Bellamy Boat Partnership, et. al.*
Case No. 3:13-cv-0048-SLG - Page 2 of 5

HOLMES WEDDLE & BARCOTT, PC
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

Case 3:13-cv-00048-SLG   Document 1   Filed 03/07/13   Page 2 of 5

9. The maritime lien claimed by Bellamy against the Vessel was for the amount of $36,000.00.

10. Bellamy was not injured in any manner giving rise to a maritime lien against the Vessel.

11. The maritime lien asserted by Bellamy is barred by the statute of limitations and/or laches for unreasonable delay in pursuing the claim.

12. The Notice of Claim of Maritime Lien is a cloud on the title to the Vessel and impairs the use and marketability of the Vessel.

13. Nerka has demanded that Bellamy discharge the Notice of Claim of Maritime Lien, but Bellamy has refused to do so.

## COUNT II: WAMSER AND ST. PAUL

### (No Maritime Lien)

14. Wamser and St. Paul filed a Notice of Claim of Maritime Lien against the Vessel with the United States Coast Guard on December 19, 1990.

15. The Notice of Claim of Maritime Lien against the Vessel was recorded at CL 7/219. A copy of the Vessel abstract from the U.S. Coast Guard is attached hereto as **Exhibit A**.

16. The maritime lien claimed by Bellamy against the Vessel was for the amount of $49,460.05.

17. Wamser and St. Paul were not injured in any manner giving rise to a maritime lien against the Vessel.

COMPLAINT
*Nerka Transport LLC v. Bellamy Boat Partnership, et. al.*
Case No. 3:13-cv-0048-SLG - Page 3 of 5

HOLMES WEDDLE & BARCOTT, PC
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

Case 3:13-cv-00048-SLG   Document 1   Filed 03/07/13   Page 3 of 5

18. The maritime lien asserted by Wamser and St. Paul is barred by the statute of limitations and/or laches for unreasonable delay in pursuing the claim.

19. The Notice of Claim of Maritime Lien is a cloud on the title to the Vessel and impairs the use and marketability of the Vessel.

20. Nerka has demanded that Wamser and St. Paul discharge the Notice of Claim of Maritime Lien, but Wamser and St. Paul have refused to do so.

**WHEREFORE,** Nerka prays that the Court declare and award as follows:

1. Declare that the Vessel STARLING S is not subject to any maritime lien or Notice of Claim of Maritime Lien in favor of Bellamy.

2. Declare that the Vessel STARLING S is not subject to any maritime lien or Notice of Claim of Maritime Lien in favor of Wamser and/or St. Paul.

3. Enter such other and further relief as the court deems reasonable and just.

DATED this 5th day of March, 2013.

HOLMES WEDDLE & BARCOTT, P.C.


    s/ John E. Casperson
John E. Casperson, ABA #7910076
999 Third Avenue, Suite 2600
Seattle, Washington 98104
Telephone: (206) 292-8008
Facsimile: (206) 340-0289
Email: jcasperson@hwb-law.com
Attorneys for Plaintiff

COMPLAINT
*Nerka Transport LLC v. Bellamy Boat Partnership, et. al.*
Case No. 3:13-cv-0048-SLG - Page 4 of 5

**HOLMES WEDDLE & BARCOTT, PC**
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

Case 3:13-cv-00048-SLG   Document 1   Filed 03/07/13   Page 4 of 5

CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury of the laws of the State of Washington that, on the 5th day of March, 2013, the foregoing was e-mailed to the Clerk of the Court's e-mail address, newcvcases@akd.uscourts.gov.

    s/John E. Casperson
John E. Casperson

G:\5855\26974\Pleading\Complaint A105503_0513.doc

COMPLAINT
*Nerka Transport LLC v. Bellamy Boat Partnership, et. al.*
Case No. 3:13-cv-0048-SLG - Page 5 of 5

HOLMES WEDDLE & BARCOTT, PC
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289