THE HONORABLE SHARON L. GLEASON

John E. Casperson
HOLMES WEDDLE & BARCOTT, P.C.
999 Third Avenue, Suite 2600
Seattle, Washington 98104
Telephone: (206) 292-8008
Facsimile:  (206) 340-0289
Email:      jcasperson@hwb-law.com

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NERKA TRANSPORT LLC,<br><br>               Plaintiff,<br><br>     v.<br><br>BELLAMY BOAT PARTNERSHIP, RICHARD WAMSER, an individual, and THE ST. PAUL FIRE AND MARINE INSURANCE COMPANY,<br><br>               Defendants. | IN ADMIRALTY<br><br><br><br>Case No. 3:13-cv-0048-SLG |

**NOTICE OF VOLUNTARY DISMISSAL OF
DEFENDANTS RICHARD WAMSER AND THE ST. PAUL FIRE
AND MARINE INSURANCE COMPANY**

COMES NOW plaintiff NERKA TRANSPORT LLC, and provides this Court with

notice of the voluntary dismissal of defendants RICHARD WAMSER and ST. PAUL

FIRE and MARINE INSURANCE COMPANY from this lawsuit, pursuant to this

Court's order, dated as of May 22, 2013.  Docket #8.

NOTICE OF VOLUNTARY DISMISSAL
*Nerka Transport LLC v. Bellamy Boat Partnership, et al.*
Case No. 13:3-cv-0048-SLG - Page 1 of 2

HOLMES WEDDLE & BARCOTT, PC
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

1.     DATED this 23rd day of May, 2013.
2.
3.                 HOLMES WEDDLE & BARCOTT, P.C.
4.
5.                         s/ John E. Casperson
                John E. Casperson, ABA #7910076
6.                 999 Third Avenue, Suite 2600
                Seattle, Washington 98104
7.                 Telephone: (206) 292-8008
                Facsimile: (206) 340-0289
8.                 Email:     jcasperson@hwb-law.com
                Attorney for Plaintiff
9.
10.
11.
12.
13.   G:\5855\26974\Pleading\Notice of Voluntary Dismissal A94005_2313.doc
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26. NOTICE OF VOLUNTARY DISMISSAL
*Nerka Transport LLC v. Bellamy Boat Partnership, et al.*
Case No. 13:3-cv-0048-SLG - Page 2 of 2

HOLMES WEDDLE & BARCOTT, PC
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289