**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

NERKA TRANSPORT, LLC,
      Plaintiff,

Case Number 3:13-cv-00048-SLG

v.

BELLAMY BOAT PARTNERSHIP, et al.,
      Defendant.

**FINAL JUDGMENT IN A CIVIL CASE**

\_\_\_\_ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_XX_ **DECISION BY COURT.** This action came before the court. The issues have been duly considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED:

      THAT Bellamy Boat Partnership's maritime lien does not constitute marine liens pursuant to 46 U.S.C. § 31343(c)(2) upon the STARLING S, Official Number 294484.

APPROVED:

S/SHARON L. GLEASON
United States District Judge

Date: MAY 23, 2013

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

Marvel Hansbraugh
Marvel Hansbraugh,
Clerk of Court

[Bellamy Default Judgment 313cv0048 SLG.wpd]{JMT2.WPT*Rev.3/03}